UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

KENNETH G. SHOEMAKER, II,

Defendant.

25-CR-34-LJV-MJR
DECISION & ORDER

1. On September 24, 2026, the defendant, Kenneth G. Shoemaker, II, pleaded guilty to Count 1 of the superseding information charging a violation of Title 21, United States Code, Section 856(a)(1) (maintaining a drug involved premises), and Count 2 of the superseding information charging a violation of Title 21, United States Code, Section 841(a)(1) (distribution of fentanyl). Docket Item 52.

2. On September 24, 2026, the Honorable Michael J. Roemer, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's pleas of guilty be accepted and that the defendant be adjudged guilty. Docket Item 55.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge Roemer's Report & Recommendation (Docket Item 55), the plea agreement (Docket Item 53), the superseding information (Docket Item 52), a transcript of the digital FTR recording of the plea proceeding (Docket Item 56), and the applicable law. This Court finds no legal or

factual error in Judge Roemer's Report & Recommendation and therefore adopts Judge Roemer's recommendation that the defendant's pleas of guilty be accepted and that the defendant be adjudged guilty of Counts 1 and 2 of the superseding information.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's September 24, 2026 Report & Recommendation, Docket Item 55, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's pleas of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Kenneth G. Shoemaker, II, is now adjudged guilty of Count 1 of the superseding information under Title 21, United States Code, Section 856(a)(1), and Count 2 of the superseding information under Title 21, United States Code, Section 841(a)(1).

SO ORDERED.

Dated: November 19, 2026
Buffalo, New York

LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE